```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

WILLIAM NICOL,                          :
                                        :
    Plaintiff,                          :
                                        :
    v.                                  :      CASE NO. 3:08-cv-969(RNC)
                                        :
SCARLET TANAGER, LLC,                   :
                                        :
    Defendant.                          :

### RULING ON MOTION TO COMPEL

Pending before the court is the plaintiff's Motion to Compel (doc. #33). Oral argument was held on July 30, 2009.

As to Requests #48 and 49, the plaintiff's motion is denied without prejudice to reformulation. Although it appears that some responsive documents would be relevant, the requests as presently worded are overbroad. Counsel are encouraged to work together to avoid the need for further court intervention.

As to Request #50, the motion is granted in part and denied in part. The defendant shall produce records of all customer communications, including complaints, regarding the quality of the Rapiclip Mini Seedmaster.

As to Requests #51, 52, 53, 54, 55, 56, 57, and 59, the plaintiff's motion is granted.

SO ORDERED at Hartford, Connecticut this 3rd day of August, 2009.

                                          ____/s/_____
                                          Donna F. Martinez
                                          United States Magistrate Judge